# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **ANTUAN CORNELL RIGGS,** | } |
| Petitioner, | } |
| v. | } Case No.: 2:23-cv-08030-RDP |
| | }            2:22-cr-00047-RDP-JHE-1 |
| **UNITED STATES OF AMERICA,** | } |
| Respondent. | } |

## ORDER

In accordance with the accompanying memorandum opinion, it is **ORDERED** that Defendant Antuan Cornell Riggs's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. #1; Case No. 2:22-cr-00047-RDP-JHE-1, Doc. # 61) is **DENIED**.

**DONE** and **ORDERED** this November 6, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE